IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA MARTINEZ, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil No. 1:19-cv-02783-ADC ) |
| ACME MARKETS, INC., | ) ) ) ) |
|     Defendant. | ) ) |

**JOINT MOTION FOR LOCAL RULE 111 ORDER**

The Parties, by and through their respective counsel, hereby request the Court enter the attached Local Rule 111 Order in the above captioned matter.

                              Respectfully submitted,

                              */s/ Ifeanyi O. Ezeigbo*
                              Justin M. Cuniff (Bar No. 16689)
                              Ifeanyi O. Ezeigbo (Bar No. 20658)
                              Kiernan Trebach, LLP
                              One Park Place, Suite 425
                              Annapolis, Maryland 21401
                              Tel   443-263-2800
                              Fax  443-263-2935
                              jcuniff@kiernantrebach.com
                              iezeigbo@kiernantrebach.com
                              *Counsel for Defendant Acme Markets, Inc.*

                              */s/ Edward A. Richitelli*
                              Edward A. Richitelli (Bar No. 02413)
                              Law Offices of Edward A. Richitelli
                              143 E. Main Street
                              Elkton, Maryland 21921
                              Tel:  (443) 206-0486
                              Email: edrichitelli@edrichitelli.com
                              *Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARIA MARTINEZ,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Civil No. 1:19-cv-02783-ADC |
| | ) |
| **ACME MARKETS, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2020, a copy of the foregoing Joint Motion for Local Rule 111 Order, which was electronically filed in this case on August 26, 2020, was mailed via first class mail, postage prepaid, to:

> Edward Andre Richitelli, Esq.
> Law Offices of Edward Andre Richitelli
> 143 E. Main Street
> Elkton, MD 21921
> (443) 206-0486
> edrichitelli@edrichitelli.com
> ***Counsel for Plaintiff***

                                                    */s/ Ifeanyi O. Ezeigbo*
                                                    Justin M. Cuniff, Esq. (Bar No. 16689)
                                                    Ifeanyi O. Ezeigbo, Esq. (Bar No. 20658)
                                                    Kiernan Trebach, LLP
                                                    One Park Place, Suite 425
                                                    Annapolis, Maryland 21401
                                                    Tel:  (443) 263-2800
                                                    Fax:  (443) 263-2935
                                                    Email:  jcuniff@kiernantrebach.com
                                                    Email: iezeigbo@kiernantrebach.com
                                                    *Counsel for Defendant Acme Markets, Inc.*