IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA MARTINEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:19-cv-02783-ADC ) ) |
| ACME MARKETS, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER PURSUANT TO LOCAL RULE 111

This Court has been advised by the Parties that the above action has been resolved, including all counterclaims, cross-claims and third-party claims, if any.

Accordingly, pursuant to Local Rule 111, it is this _____ day of _____, 2020, hereby ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.

The entry of this Order is without prejudice to the right of a party to move for good cause within sixty (60) days to reopen this action if all terms of resolution are not consummated, if no party moves to reopen, the dismissal shall be with prejudice.

_____
The Honorable A. David Copperthite
United States Magistrate Judge